# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES KALAN HENRY,** *et al.*                                              **PLAINTIFFS**
**ADC #144396**

VS.                         **4:15-CV-00463-BRW-PSH**

**STEVE LOPEZ,** *et al.*                                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed. I adopt as my findings in all respects the Proposed Findings and Partial Recommended Disposition in their entirety.

Accordingly, the claims of Plaintiff Cortney McClain and Plaintiff Terry Miller are DISMISSED without prejudice for failure to comply with Local Rule 5.5.(c)(2) and failure to respond to a court order.

IT IS SO ORDERED this 14th day of October, 2015.

                                                                 /s/ Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE