IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JAMES KALAN HENRY *et al*                                                                PLAINTIFFS
ADC #144396

V.                            NO: 4:15CV00463 BRW/PSH

STEVE LOPEZ *et al*                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiffs James Kalan Henry, Cortney McClain, and Terry Miller filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry 2), on July 28, 2015. McClain's and Miller's claims have been previously dismissed for failure to comply with Local Rule 5.5(c)(2) and failure to respond to a Court order (docket entry 22). On October 7, 2015, after mail sent to Henry at his address of record was returned as undeliverable, the Court entered an order directing him to file a notice of his current mailing address within 30 days (docket entry 18). That order also warned Henry that his failure to comply would result in the recommended dismissal of his claims. More

than 30 days have passed, Henry has not responded, and mail sent to him at his address of record continues to be returned as undeliverable, with a notation indicating he has been paroled (docket entry 25). Under these circumstances, the Court concludes that Henry's claims should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). Because the claims of other plaintiffs have already been dismissed, the complaint should be dismissed in its entirety.

IT IS THEREFORE RECOMMENDED THAT plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

DATED this 13th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE