# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JAMES KALAN HENRY *et al*                                                                                       PLAINTIFFS
ADC #144396

V.                                              NO: 4:15CV00463 BRW

STEVE LOPEZ *et al*                                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

DATED this 3rd day of December, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE